**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIBEL TOBAR,**

        **Plaintiff,**

**-vs-**         Case No. 6:10-cv-239-Orl-22DAB

**NISHAD KHAN, P.L., and NISHAD KHAN,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement, and Stipulation for Dismissal with Prejudice (Doc. No. 36) filed on January 19, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection to this Court's Report and Recommendation (Doc. No. 38), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed February 1, 2011 (Doc. No. 37) is ADOPTED and CONFIRMED and made a part of this Order.

    2.       The Joint Motion for Approval of Settlement (Doc. No. 36) is GRANTED.  The Court finds the settlement to be a fair and reasonable resolution of a bona fide disputed over FLSA issues.

    3.       This case is DISMISSED WITH PREJUDICE.

    4.       The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 2, 2011.

Copies furnished to:

Counsel of Record

*signature*

ANNE C. CONWAY
United States District Judge